# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**JEANETTE HADESTY,**               :

   **Plaintiff,**                  :

   **v.**                          :     **CIVIL ACTION NO. 3:14-2319**

**RUSH TOWNSHIP POLICE**            :     **(JUDGE MANNION)**
**DEPARTMENT,** *et al.*
                                    :
   **Defendants**
                                    :

# ORDER

As set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendants' motion to dismiss the plaintiff's amended complaint, (Doc. 21), is **GRANTED IN PART** and **DENIED IN PART**;

**(2)** the defendants' motion to dismiss is **DENIED** with respect to the plaintiff's 42 U.S.C. §1983 claims for deprivation of his Fourth Amendment rights against defendants Sinton and Fort;

**(3)** defendants' motion to dismiss the plaintiff's Pennsylvania state law claim for false imprisonment is **DENIED;**

**(4)** the defendants' motion to dismiss Fourteenth Amendment claims is **GRANTED** insofar as plaintiff has asserted such claims;

**(5)** defendants' motion to dismiss the plaintiff's malicious prosecution claim against defendants Sinton and Fort is **GRANTED,** and the

malicious prosecution claim is **DISMISSED;**

**(6)** defendants' motion to dismiss claims for supervisory and municipal liability against defendant Ryan Township is **GRANTED**, and defendant Ryan Township o/a Ryan Township Police Department is **DISMISSED** from the case;

**(7)** defendants' motion to dismiss Pennsylvania Constitutional claims is **GRANTED,** and, therefore, Count I of the plaintiff's complaint insofar as it includes claims for illegal search, illegal seizure, and malicious prosecution under Section 8 of the Pennsylvania Constitution is **DISMISSED**;

**(8)** defendants' motion to dismiss the plaintiff's claims for punitive damages against defendant Ryan Township is **GRANTED**, and such claims are **DISMISSED**;

**(9)** defendants Sinton and Fort are directed to file an answer to the remaining claims within 14 days of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 15, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2319-01-ORDER.wpd